IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **CRIMINAL ACTION NO.** |
| **v.** ) | **2:21cr356-MHT** |
| ) | **(WO)** |
| **JONATHAN LASHAUN DILLARD** ) | |

**ORDER**

Based on the representations made on the record on March 15, 2022, it is ORDERED that defense counsel is to notify the court in writing by March 16, 2022, at 8:00 a.m., when the report from Dr. Peggy Flanagan will be filed with the court. Upon receipt of the report, the court will hold an in-person hearing on the issue of competency, during which counsel will be allowed to call experts in person or by videoconferencing.

DONE, this the 15th day of March, 2022.

                                                      **/s/ Myron H. Thompson**
                                                **UNITED STATES DISTRICT JUDGE**