IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:21cr356-MHT** |
| | ) | (WO) |
| **JONATHAN LASHAUN DILLARD** | ) | |

### ORDER

The court has found that "there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering ... him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense," 18 U.S.C. § 4241(a). *See* Order (Doc. 11).

Accordingly, based on the representations made on the record on March 15, 2022, and pursuant to 18 U.S.C. § 4241(a), it is ORDERED that an in-person hearing is set for March 29, 2022, at 9:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama, to determine the mental competency of defendant Jonathan

Lashaun Dillard. The government shall arrange for the presence of defendant Dillard, and defense counsel shall arrange for Dr. Peggy Flanagan to be available to testify via videoconference. If the government wishes to call a doctor from the Bureau of Prisons, it shall make arrangements for the doctor to testify by videoconfernece. The courtroom deputy shall make all necessary arrangements for the videoconference testimony.

    DONE, this the 23rd day of March, 2022.

                                       /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**