**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:21cr356-MHT** |
| | ) | **(WO)** |
| **JONATHAN LASHAUN DILLARD** | ) | |

**ORDER**

Based on the representations made on the record on June 15, 2022, and particularly defense counsel's representation that he was not permitted to communicate with defendant Jonathan Lashaun Dillard during the approximately two weeks that Dillard was held in suicide watch at the Montgomery County Jail, it is ORDERED that counsel for the government shall file a report by June 24, 2022, on the degree to which counsel is permitted to contact clients held in suicide watch at the Montgomery County Jail, and why it was that defense counsel in this case was not permitted to contact his client.

DONE, this the 17th day of June, 2022.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**