IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )      CRIMINAL ACTION NO.
     v.                       )         2:21cr356-MHT
                              )            (WO)
JONATHAN LASHAUN DILLARD      )
```

ORDER

Based on the court's own personal observations of defendant Jonathan Lashaun Dillard today and in light of the court's previous competency opinions entered on March 29 (Doc. 52) and October 24 (Doc. 107) of 2022, it is ORDERED that the court reaffirms that defendant Dillard remains competent to proceed to trial in this case.

Based on the detailed exchange between the court and defendant Dillard today regarding his right to counsel and his right to represent himself, and in light of defendant Dillard's notice to the court that he no longer wishes to represent himself (Doc. 157), it is further ORDERED (1) that defendant Dillard's request to represent himself and proceed *pro se* (Doc. 147) is

withdrawn and (2) that he shall be represented by attorney Vicky U. Toles.  The court finds, as stated on the record, that defendant Dillard's decision not to represent himself and instead to proceed with counsel is a knowing and voluntary decision.

Given defendant Dillard's unwillingness to admit to his guilt as to the offense charged in the indictment, it is further ORDERED (1) that the court does not accept his guilty plea and that the guilty plea he entered on December 1, 2022, before the magistrate judge is rejected and set aside; (2) that defendant Dillard's notice to the court that he intends to abandon his request to withdraw his guilty plea (Doc. 154) is set aside as moot; and (3) that his request to withdraw his guilty plea (Doc. 146) is also denied as moot.

Finally, it is further ORDERED (1) that the charge against defendant Dillard shall proceed to trial; (2) that the jury selection and trial are set for June 20, 2023, at 10:00 a.m. in Courtroom 2FMJ of the Frank M.

Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 25th day of April, 2023.

_\_\_\_\_/s/ Myron H. Thompson\_\_\_\__
UNITED STATES DISTRICT JUDGE