**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| **v.** | ) | **2:21cr356-MHT** |
| | ) | **(WO)** |
| **JONATHAN LASHAUN DILLARD** | ) | |

**PRETRIAL BRIEFING ORDER**

Because this case will proceed to trial, it is ORDERED that, five business days before the jury-selection date, the parties are each to file a brief (i) giving an overview of the evidence to be presented at trial; (ii) setting forth the elements of the crime(s) charged and, generally, how the evidence does or does not satisfy those elements; and (iii) addressing any evidentiary issues that may arise at trial.

DONE, this the 25th day of April, 2023.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**