IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )        2:21cr356-MHT
                            )             (WO)
JONATHAN LASHAUN DILLARD    )
```

ORDER

Because this case is now proceeding to trial, it is ORDERED that the following motions are denied as moot:

(1) The government's motion for reduction in criminal offense level for acceptance of responsibility (Doc. 128);

(2) The government's motion for reduction in criminal offense level for acceptance of responsibility (Doc. 130);

(3) Defendant Jonathan Lashaun Dillard's motion for downward variance (Doc. 131); and

(4) Defendant Dillard's motion to strike sentencing memorandum (Doc. 156).

DONE, this the 25th day of April, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE