IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )    CRIMINAL ACTION NO.
     v.                      )        2:21cr356-MHT
                             )             (WO)
JONATHAN LASHAUN DILLARD     )
```

## ORDER

Upon consideration of the forensic competency report from the BOP (Doc. 196) and based on the representations made on the record on October 31, 2023, it is ORDERED that:

(1) By November 8, 2023, defense counsel shall file a statement as to how long Dr. Margaret Flanagan will need to evaluate defendant Jonathan Lashaun Dillard and file her evaluation with the court.

(2) Upon receipt of defense counsel's statement, the court will set the competency issue down for an in-person hearing, with Dr. Flanagan, and Dr. Armstrong testifying by Zoom.

(3) As before, the government is to pay Dr. Flanagan's fees.

DONE, this the 31st day of October, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE