IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )    CRIMINAL ACTION NO.
     v.                      )        2:21cr356-MHT
                             )             (WO)
JONATHAN LASHAUN DILLARD     )
```

ORDER

In light of defendant Jonathan Lashaun Dillard's disruptive conduct during prior proceedings, it is ORDERED that, by February 9, 2024, the government is to file a brief on the circumstances under which defendant Dillard should be restrained or removed from the courtroom during his trial and, if so, how. The brief should address the law relevant to this issue. By February 23, 2024, defendant Dillard should file a response. The court should not be understood, with this order, as having concluded that defendant Dillard should be restrained or removed from the courtroom during his trial.

DONE, this the 29th day of January, 2024.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE