IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA   )
                           )     CRIMINAL ACTION NO.
     v.                    )         2:21cr356-MHT
                           )             (WO)
JONATHAN LASHAUN DILLARD   )
```

SUPPLEMENTAL ORDER ON TREATMENT-RELATED
CONDITIONS OF SUPERVISED RELEASE

In accordance with the conditions of supervision in the judgment of conviction entered today, it is ORDERED that:

(1) Within 63 days of the commencement of supervised release, the United States Probation Office shall arrange for defendant Jonathan LaShaun Dillard to receive substance-abuse and mental-health treatment. The mental-health treatment shall begin with an extensive mental-health evaluation to determine defendant Dillard's treatment needs. Until a treatment plan in accordance with the results of this evaluation commences, the United States Probation Office shall arrange for defendant Dillard to participate in mental-health

counseling at least twice a month. This counseling should include addressing the findings by the various mental-health evaluators relied on in this case. *See* Psychological Evaluation (Doc. 24); Psychological Evaluation (Doc. 49); Update to Psychological Evaluation (Doc. 98); Psychological Evaluation (Doc. 196); Psychological Evaluation (Doc. 206).

(2) Within 63 days of the commencement of supervised release, the United States Probation Office shall also arrange for defendant Dillard to undergo an evaluation, by a mental-health professional licensed to prescribe psychotropic medication, to determine what his psychotropic medication needs are. Until he receives medication in accordance with this evaluation, the United States Probation Office shall make arrangements to ensure that defendant Dillard does not experience any lapse in treatment with medication that he was receiving prior to his release from incarceration.

(3) The United States Probation Office shall ensure that, prior to beginning evaluation or treatment, any mental-health practitioner treating defendant Dillard receives copies of the reports by the various mental-health evaluators relied on in this case. *See* Psychological Evaluation (Doc. 24); Psychological Evaluation (Doc. 49); Update to Psychological Evaluation (Doc. 98); Psychological Evaluation (Doc. 196); Psychological Evaluation (Doc. 206).

(4) Within 70 days of the commencement of supervised release, the United States Probation Office shall file a report on the status of the arrangements required above and on how defendant Dillard is faring.

DONE, this the 12th day of March, 2024.

                          /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE